DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JERMAINE SHENNETT,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2024-1797

[March 12, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Bernard I. Bober, Judge; L.T. Case No. 062022CF009294A88810.

Daniel Eisinger, Public Defender, and Summer Ivy Hill, Assistant Public Defender, West Palm Beach, for appellant.

James Uthmeier, Attorney General, Tallahassee, and Pablo Ignacio Tapia, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

FORST, KLINGENSMITH and SHEPHERD, JJ., concur.

\*          \*          \*

***Not final until disposition of timely-filed motion for rehearing.***